UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINAH THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOUSING AUTHORITY OF THE CITY<br>OF CAMDEN, et al.<br><br>　　　　　Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 04-904 (JEI)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**Appearances:**
SOUTH JERSEY LEGAL SERVICES, INC.
By: Sonia Bell, Esq.
745 Market Street
Camden, New Jersey 08102
　　Counsel for Plaintiff.

CURETON CAPLAN, P.C.
By: Anthony L. Marchetti, Esq.
950B Chester Ave.
Delran, New Jersey 08075
　　Counsel for Defendants.

**IRENAS**, Senior District Judge:

　　This matter having appeared before the Court upon Plaintiff's Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment, the Court having considered the submissions of the parties, and having heard oral argument on August 10, 2005, and for good cause appearing:

　　**IT IS**, on this 10th day of August, 2005,

　　**ORDERED** that:

1. Plaintiff's Motion for Summary Judgment is **GRANTED** as to her claims to reinstatement to the Section 8 housing assistance program.

2. Defendant's Cross Motion for Summary Judgment is **DENIED** as to Plaintiff's claims to reinstatement to the Section 8 housing assistance program.

3. Defendants are ordered to restore Plaintiff to the position she would have held in the Section 8 program had her participation in the program not been terminated.

4. Plaintiff's Motion is **DENIED** as to her claims for damages and her claim pursuant to 42 U.S.C. § 1985.

5. Defendant's Cross Motion is **GRANTED** as to Plaintiff's claims for damages and her claim pursuant to 42 U.S.C. § 1985.

5. The Clerk of Court is directed to close this file.

6. The Court will retain jurisdiction for six months from the date of this order to supervise the implementation of this order.

                                                                                          _____
                                                                                          JOSEPH E. IRENAS, S.U.S.D.J.